PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

### Report on Offender Under Supervision

Name of Offender: Marco Ayala          Case Number: A-13-CR-166-(04)LY

Name of Sentencing Judicial Officer: Honorable Lee Yeakel, U.S. District Judge

Date of Original Sentence: March 21, 2014

Original Offense: Conspiracy to Possess With Intent to Distribute Five Kilograms or More of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846.

Original Sentence: One Hundred and Twenty-One (121) month's imprisonment; followed by a five (5) year term of supervised release. Special conditions include: substance abuse treatment, provide financial information, search, alcohol abstinence, and $100 special assessment (paid in full).

Type of Supervision: Supervised Release          Date Supervision Commenced: July 16, 2021

Assistant U.S. Attorney: Daniel Guess          Defense Attorney: Ben C. Florey (retained)

### PREVIOUS COURT ACTION

On August 13, 2014, a Final Judgement of Forfeiture filed with the Court.

On August 19, 2015, an Order Regarding Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(2) was filed with the Court. The defendant's sentenced of imprisonment was reduced to 120 months.

### NONCOMPLIANCE SUMMARY

**Violation of Special Condition:** "The defendant shall refrain from the use of alcohol and all other intoxicants during the term of supervision."

**Nature of Non-compliance:** On December 15, 2022, the defendant provided a positive urinalysis sample for alcohol. He admitted to consuming four alcoholic beverages the night before.

Marco Ayala
Report on Offender Under Supervision
Page 2

**U.S. Probation Officer Action:** The defendant admitted he consumed alcohol and took responsibility for his use. He will be subject to increased drug testing. It is respectfully recommended that no action be taken. The U.S. Probation Office will continue to monitor the defendant for any further drug use and will notify the Court, should such be noted.

Approved:                                                          Respectfully submitted,

_/s/_                                                              

Hector Garcia                                                      Miguel Rodriguez
Supervising U.S. Probation Officer                                 U.S. Probation Officer
                                                                   Date: January 4, 2023

---

**THE COURT ORDERS:**

[✓] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_/s/_

Honorable Susan Hightower
United States Magistrate Judge

Date:  January 4, 2023